FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2022

No. 04-22-00019-CR

Sandra Jo **SMALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-20-0000066
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

After this court's granted Appellant's first motion for an extension of time to file the brief, Appellant's brief was due on April 11, 2022. On the once-extended due date, Appellant moved for an additional thirty days to file the brief.

Appellant's motion is granted. Appellant's brief is due on May 11, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court